UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>            Plaintiff         )<br>                              )<br>v.                            )<br>                              )   Civil No. 05-26-P-S<br>BOUNKET THONGSAPHAPORN,       )<br>                              )<br>            Defendant         )<br>                              )<br>                              ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

   The United States Magistrate Judge filed with the Court on August 16, 2005, his Recommended Decision (Docket No. 36). The Government filed its Objection to the Recommended Decision (Docket No. 38) on September 2, 2005 and its Amended Objection (Docket No. 40) on September 6, 2005. The Government filed its Response to Objection (Docket No. 42) on September 22, 2005.

   I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

   1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

   2. Defendant's Motion to Suppress (Docket No. 25) is DENIED.

                              /s/ George Z. Singal
                              Chief U.S. District Judge

Dated this 26th day of September, 2005.